734

## Commonwealth ex rel. Ledsome, Appellant, v. Myers.

Submitted December 13, 1965.

*Paul I. Ledsome,* appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

## Commonwealth ex rel. Lepera, Appellant, v. Rundle.

Submitted December 13, 1965. *Louis Lepera,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Lilly, Appellant, v. Myers.

Submitted December 13, 1965. *Luther Lilly,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.